# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| Dmt MacTruong, NARAL Pro-Choice America, )<br>Kamala Harris, Jill Biden, Nancy Pelosi, )<br>Kathleen C. Hochul, Adam Schiff, Michael R. )<br>Pence, Liz Cheney, Diane Sawyer, Ed O'Keefe, )<br>Sarah Palin, Adam Kinzinger, Mackenzie Scott )<br>Bill Gates, Tom Brady, Tiger Woods, Tom )<br>Cruise, Tom Hanks, Steven Spielberg, )<br>Melinda Gates, George Soros, )<br>Plaintiffs, )<br> )<br>-AGAINST- )<br> )<br>Ronald DeSantis, Webster Barnaby, Chris )<br>Sprowls, Donald J. Trump, Virginia Thomas, )<br>Brett M. Kavanaugh, Neil M. Gorsuch, Amy )<br>Coney Barrett, Samuel Alito, Clarence Thomas, )<br>Defendants )<br> ) | **ACTION CIV No.**<br>4:22CV216 – AW/MAF<br>**Presiding Judge** |

# PLAINTIFFS' COMPLAINT

**AGAINST DEFENDANTS ACTING IN CONCERT TO COMMIT MASS
MURDERS, ESTABLISH SLAVERY, RECKLESS ENDANGERMENT,
EGREGIOUS AGGRAVATED VIOLATION OF WOMEN AND THEIR LOVED
ONES' CONSTITUTIONAL AND LEGAL RIGHTS TO FREEDOM, ENJOY
SEX, AND PRIVACY, PURSUE HAPPINESS, AND TO ABSOLUTELY
CONTROL THEIR LIVES AND BODIES, UNDER THE COLOR OF STATE
LAWS IN WILLFUL VIOLATION OF THE U.S. CONSTITUTION AS BEING
UPHELD BY SCOTUS IN *ROE v WADE*, AND OF PLAINTIFF MACTRUONG'S
COPYRIGHTED ORIGINAL INTELLECTUAL PROPERTIES ENTITLED
"CCO NETWORK," HAVING BEEN DESIGNED TO DETECT AND
PROSECUTE ANY ILLEGAL ACTIVITY BY PRIVATE CITIZENS.**


Dmt MacTruong, also known as Dr. Mac Truong, Plaintiff *pro se*, affirms and certifies as
follows:


# JURISDICTION AND VENUE



FILED USDC FLND TL
JUN 6 '22 PM2:5

1. This is a civil action by Plaintiff Dmt MacTruong *pro se* herein to recover civil damages, without seeking any criminal sanctions, from Defendants herein, who have committed offenses, commonly known as violations of Plaintiff's copyrights pursuant to **17 U.S. Code § 102 - Subject matter of copyright in general;** and/or criminal conspiracies in violation of **18 U.S.C. § 371,** which creates an offense in the event *"two or more persons conspire either to commit any offense against the United States or to defraud the United States, or any agency thereof in any manner or for any purpose."* (emphasis added). *See* Project, *Tenth Annual Survey of White Collar Crime*, 32 Am. Crim. L. Rev. 137, 379-406 (1995) (generally discussing § 371).

2. **This U.S. District Court has subject-matter jurisdiction over this civil action pursuant to 28 U.S.C. §1331,** which grants **federal district courts** original subject-matter jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States" including but not limited to **17 U.S. Code § 102 and/or 18 U.S.C. § 371, 10 U.S. Code § 921 - Art. 121** or any applicable provision of the U.S. Constitution and/or relevant controlling legal authorities.

3. Venue is proper in this Court pursuant to 28 U.S.C. 1391(b) and (c) since all the defendants herein are residing and/or doing business in the U.S. State of Florida.

4. Additionally, most of the events, circumstances, and/or actions such as acting in concert to commit any offense against the United States or to defraud the United States, or any agency thereof in any manner or for any purpose, and/or to violate Plaintiff MacTruong's copyrights, occurred mainly in the U.S. State of Florida.

5. Finally, upon information and belief none of the Defendants herein would object to the venue of this Court, which is not inconvenient for them to attend, viewing that all court filings or appearances will be done by submission of papers and/or virtual hearings to be directed and scheduled by the Court.

# THE PARTIES

## (a)
## THE PLAINTIFFS

6. Dmt MacTruong, also known as Dr. Mac Truong, and/or DMT God 3.0, Plaintiff *pro se*, is over 78 years of age. I am a world-renown philosopher with my own original philosophy entitled Absolute Relativity, which was the thesis of my Ph.D. diploma in Philosophy at the Paris Sorbonne-

Pantheon University, France. I am also a lawyer specializing in International Public law. I hold a J.S.D. degree in International Public Law from the Faculty of Law, Paris-Sorbonne-Pantheon University, France. In 1980, I enrolled in an LL.M International Public Law program, at the New York University School of Law before successfully passing the Bar Exam of the State of New York to practice law. I was sworn in as an NYS attorney at law on February 17, 1982, in Brooklyn, New York. Thereafter, I practiced law for more than 20 years in Manhattan, New York. I handled successfully more than 20,000 lawsuits of all types and nature at all levels of the court system,  both state and federal. In 1993, upon my request, more than 12 U.S. Senators including U.S. Senators Patrick Daniel Moynihan and Frank Lautenberg recommended me to President Bill Clinton to become an associate justice of the U.S. Supreme Court. In spite of my busy legal practice, I have further been an author of many published books in three languages: Vietnamese, French, and English, including the 2000-page GOD ALMIGHTY'S THE GOD FACTOR, available on Amazon since 2017. I have been a devoted U.S. citizen for the last 32 years. I have been solemnly sworn in under oath on November 12, 1980, to do anything within my power and the limits of the U.S. Constitution and reasonable laws to protect the full interest of the United States of America with all the people therein. I reside in the U.S. State of New Jersey and maintain an office at 875 Bergen Avenue, Jersey City, NJ 07306. Phone Number (914) 215-2304.

7.   NARAL Pro-Choice America, Plaintiff herein, is a legal entity, maintaining an office at 1725 Eye Street NW, Suite 900, Washington, DC 20006, Phone: 202.973.3000 Fax: 202.973.3096. We join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, we reserve our right to withdraw or serve our own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with our personal interest and/or that of America as we deem it fit.

8.   Kamala Harris, Plaintiff herein, is the Vice President of the United States of America, and a human-right activist. I maintain an office at The White House, Office of the Vice President, 1600 Pennsylvania Avenue, N.W., Washington, DC 20500.  I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

9.   Jill Biden, Ph.D., Plaintiff herein, is the First lady of the United States of America, and a human-right activist. I maintain at The White House, Office of the First Lady, 1600 Pennsylvania Avenue, N.W., Washington, DC 20500. I join and support Plaintiff *pro se* Dmt MacTruong's

instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

10.    Nancy Pelosi, Plaintiff herein, is Congresswoman and Speaker of the U.S. House of Representatives, and a human-right activist. I maintain an office at 1236 Longworth H.O.B., Washington, DC 20515.  I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

11.    Kathleen C. Hochul, Plaintiff herein, is Governor of the State of New York, and a human-right activist. I maintain an Office of the Governor at NYS State Capital Bldg., Albany, NY 12224. Phone: 518.474.8390. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

12.    Adam Schiff, Plaintiff herein, is a U.S. Congressman, and a human-right activist. I maintain an office at 245 E. Olive Avenue, #200, Burbank, California 91502. Phone: 818.450.2900, and in Washington, DC. 2309 Rayburn House Office Building. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

13.    Michael R. Pence, Plaintiff herein, is a former Vice President of the U.S.A. and a human-right activist. I maintain an office at 4750 North Meridian Street, Indianapolis, IN 46208. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

14.    Liz Cheney, Plaintiff herein, is a U.S. Congresswoman and human-right activist. I maintain an office at 416 Cannon House Office Building, Washington, DC, 20515-5000. Phone: (202) 225-2311. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of

America as I deem it fit. I do hereby further encourage any party having a legitimate interest in this matter to move the Court to allow them to intervene to have their voices heard in this litigation, which concerns the lives and death and/or the peace of mind and/or happiness of about 36 million child-bearing-aged American females, and those who love them and would do anything for their safety and happiness, i.e., almost all the  American people, with a loving and caring heart, except apparently the heartless and mindless lawless defendants herein and their co-conspirators, being confused about an actually simple issue of law of what should be deemed a real human life deserving public legal protection at any cost, even though they must have believed they had acted in good faith for a noble communistic socialist ideal.

15.    Diane Sawyer, Plaintiff herein, is a TV broadcaster, journalist, and human-right activist. I maintain an office at 47 West 66th Street, New York, NY 10023.  I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

16.    Ed O'Keefe, Plaintiff herein, is an author and journalist, and human-right activist. I maintain an office at 524 W 57th St, New York, NY 10019.  I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

17.    Sarah Palin, Plaintiff herein, is a former Governor of Alaska, and human-right activist. I maintain an office at 1140 W Parks Hwy, Wasilla, AK 99654.  I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

18.    Adam Kinzinger, Plaintiff herein, is a Congressman of the United States of America, and a human-right activist. I maintain an office at 2245 Rayburn House Office Building, Washington DC 20515-1316.  I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

19.    Bill Gates, Plaintiff herein, is a businessman, philanthropist, and human-right activist. I maintain an office at 500 Fifth Avenue North, Seattle, WA 98109.  I join and support Plaintiff *pro*

*se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

20.    Tom Brady, Plaintiff herein, is a professional football player and human-right activist. I maintain a mailing address at 5 P.O. Box 961439, Boston, MA 02196. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

21.    Tiger Woods, Plaintiff herein, is a professional golf player and human-right activist. I maintain an office at 121 Innovation Drive, Suite 150, Irvine, CA 92617, (216) 436-3443. I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

22.    Tom Cruise, Plaintiff herein, is a movie actor and human-right activist. I maintain an office at 42 West, 600 3rd Avenue, 23rd Floor, New York, NY 10016, (212) 277-7555. Fax (212) 277-7550.  I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

23.    Tom Hanks, Plaintiff herein, is a movie actor and human-right activist. I maintain an office at 42 West, 1840 Century Park East, Suite 700, Los Angeles, CA 90067.  I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

24.    Steven Spielberg, Plaintiff herein, is a movie producer and human-right activist. I maintain an office at 1000 Flower Street, Glendale CA 91201.  I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

25.    Melinda Gates, Plaintiff herein, is a businesswoman, philanthropist, and human-right activist. I maintain an office at 440 5th Avenue N., Seattle, WA 98109. PO Box 23350, Seattle, WA

98102.  I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

26.     George Soros, Plaintiff herein, is a businessman, philanthropist, and human-right activist. I maintain *an office at* 888 7th Ave. #330, New York, NY 10106.  I join and support Plaintiff *pro se* Dmt MacTruong's instant complaint voluntarily. However, I reserve my right to withdraw or serve my own complaint and/or other appropriate pleadings in the event the instant complaint could be deemed in conflict with my personal interest and/or that of America as I deem it fit.

(b)
**THE DEFENDANTS**

27.     Upon information and belief, Defendant Ronald DeSantis is the incumbent Governor of the U.S. State of Florida. He is residing at and/or doing business from the Office of the Governor, State of Florida, The Capitol 400 S. Monroe St., Tallahassee, FL 32399-0001.

28.     Upon information and belief, Defendant Webster Barnaby is a member of the House of Representatives of the U.S. State of Florida. He is residing at and/or doing business from Office No. 513 The Capitol, 402 South Monroe Street, Tallahassee, FL 32399-1300.

29.     Upon information and belief, Defendant Chris Sprowls is a State Congressman and Speaker of the State House of the U.S. State of Florida. He is residing at and/or doing business from Office No. 513 The Capitol, 402 South Monroe Street, Tallahassee, FL 32399-1300.

30.     Upon information and belief, Defendant Donald J. Trump is a former President of the United States of America, residing at and/or doing business from his office at 725 5th Avenue, New York, NY 10022.

31.     Upon information and belief, Defendant Virginia Thomas is a businesswoman and wife of Defendant SCOTUS Associate Justice Clarence Thomas herein. She maintains an office at 6665 Rutledge Dr.  Fairfax Station, VA 22039, 393 PO, FAIRFAX STA, VA 22039.

32.     Upon information and belief, Defendant Brett M. Kavanaugh is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from his office publicly known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543.

33.    Upon information and belief, Defendant Neil M. Gorsuch is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from his office publicly known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543.

34.    Upon information and belief, Defendant Amy Coney Barrett is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from her office publicly known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543.

35.    Upon information and belief, Defendant Samuel Alito is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from his office publicly known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543.

36.    Upon information and belief, Defendant Clarence Thomas is an incumbent Associate Justice of the United States Supreme Court, presiding at and/or doing business from his office publicly known as the Supreme Court of the United States, One First Street, NE, Washington, DC 20543.


## FACTS AND CIRCUMSTANCES
## UNDERLYING THE INSTANT ACTION


37.    In 2012 Plaintiff Dmt MacTruong, who is patented inventor of many incredible inventions, such as Trees and Forests of Life, MT-EARS, Tele-Sex or Tele-Mining on Jupiter and other planets of the Solar System, or Tele-building and 3D-printing Manhattan-sized Spaceships traveling throughout the Solar system and beyond, and underwater habitable cities prior to people moving in, Dmt-Highways throughout the Planet, Dmt-Safe Nuclear Plants, while awaiting for fusion energy to become available, Dmt-Forests stopping deforestation and/or making of desserts habitable farmlands…, about which people nowadays still have no ideas, but which would save our planet from both world wars and climastrophes, wrote about four pages, a true copy of which is annexed hereto as **EXHIBIT A.** It is entitled **THE CCO NETWORK** (CCO meaning Community Civic Officers.) It was published and sent everywhere by mail and/or email on the Internet and in many City Halls, including Jersey City, New Jersey, where I live since 2008. To truly promote this one of my favorite inventions, the true goal of which is to eliminate almost all kinds of criminal activities that would require at least two human beings to act in concert to commit, in 2013 and 2014, I created from scratch the most magnificent and greatest unbelievable 4-hour movie entitled

8

SUPERHUMAKIND IN ACTION, starring Brittney Spears, Clint Eastwood, Ronald Reagan, and many historic personalities of the 20th and 21st Centuries. Britney Spears portrayed the character of Viola S. Richardson, a real-life councilwoman at large of Jersey City in 2012, to whom I had submitted a copy of my CCO Network Legislation Project of Law, but unfortunately, she had ignored it totally. Any interested person can now just type **"DMTMOVIES.COM"** on an Internet browser and will be able to instantly watch this greatest movie of all time and notice that an appropriate part of the Movie by the end was devoted to the CCO Network with the mention that it's a copyrighted idea. **[See, EXHIBIT A]**

38.     In substance, the "CCO Network" is a fundamental proposed legislation for all human communities of any size and culture to recruit private citizens to help democratically-elected government officials to enforce the law, in such a way that it would be practically impossible for any two or more criminal-minded people to act in concert to commit any act being prohibited by law. [For details, on how this works, kindly refer to EXHIBIT A] However, since no law can be absolute, the CCO-Network Legislation, if being misused like in the case at bar, would present the greatest dangers to people's freedom in a country zealously defending and respecting the freedom of its citizens like the U.S.A. It is only an ideal tool for the worst dictators controlling totalitarian systems like Hitler or Stalin or now Putin or the Defendants herein to control people's minds and bodies, and mass murder them without pity by falsely accusing their victims of being murderers, while they themselves undisputedly are when they deprive millions of women of necessary medical care when they need it the most. In brief, Plaintiff's CCO Network may be compared to a sharp knife. It is very useful for many purposes but also very dangerous if it is in the hands of criminals and murderers being ready to use it to violate the most intimate private lives of thousands or even millions of people annually worldwide.

39.     Unfortunately, that is exactly the case of the Defendants herein, even though, at first sight, they may appear to be very smart lawyers and/or able political leaders, or respected jurists being appointed to sit at the highest court of the United States of America.

40.     On or about April 14, 2022, in patent violation of Plaintiff MacTruong's copyrighted material entitled the CCO Network **[EXHBITI A]** and the most fundamental provisions of the U.S. Constitution and relevant enforceable federal laws being supported by the still valid *Roe v Wade* SCOTUS ruling, Defendant Florida Governor Ron DeSantis signed a bill allegedly to Protect the Lives of Florida's Most Vulnerable, a/k/a House Bill 5 (HB 5,) the Reducing Fetal and Infant Mortality Act,

supposedly to protect the lives of Florida's most "vulnerable" by prohibiting all abortions, after 15 weeks of gestation.

41.   "The foregoing HB 5 protects babies in the womb who have beating hearts, who can move, who can taste, who can see, and who can feel pain," said Governor Ron DeSantis.  "Life is a sacred gift worthy of our protection, and I am proud to sign this great piece of legislation which represents the most significant protections for life in the state's modern history."

42.   It is of note that HB 5 prohibits abortion after an unborn child has reached 15 weeks of gestation. While other states such as California and Colorado are taking extreme measures against the right to life by passing legislation, which denies babies in the womb any rights or protections and provides for unrestricted abortions on demand until the point of birth, Florida continues to move in the alleged pro-life direction

43.   Defendants' HB 5 amends several other sections of law with the aim of further reducing fetal and infant mortality. This bill requires the Department of Health (DOH) to contract with local Healthy Start coalitions to establish fetal and infant mortality review (FIMR) committees in all regions of the state. Each FIMR committee is required to:

(a) Review and analyze rates, trends, causes, and other data related to fetal and infant mortality and morbidity in its geographic area.

(b)  Develop findings and recommendations for interventions and policy changes to reduce fetal and infant mortality and morbidity rates.

(c) Engage with local communities and stakeholders to implement recommended policies and procedures to reduce fetal and infant mortality and morbidity.

44.   **In substance Florida HB 5 is a copy of a March 2021 act of the Texas Legislature** that banned <u>abortion</u> after the <u>detection of embryonic or fetal cardiac activity</u>, which normally occurs after about six weeks of pregnancy. This act was introduced as **Senate Bill 8 (SB 8)** and **House Bill 1515 (HB 1515)** on March 11, 2021, and was signed into law by Governor Greg Abbott on May 19, 2021. The law took effect on September 1, 2021, after the Supreme Court denied a request for emergency relief from Texas abortion providers. It is the first time a state has successfully imposed a six-week abortion ban since *Roe v. Wade*, and the first abortion restriction to rely solely on enforcement by private individuals through *civil lawsuits,* rather than having state officials enforce the law with criminal or civil penalties. The act authorizes members of the public to sue anyone who performs or facilitates an illegal abortion for a minimum of $10,000 in statutory damages per abortion, plus court costs and attorneys' fees.

45.    In order to pass their Florida HB 5, like the legislators of the Texas Heartbeat Act, Defendants herein have willfully made the foregoing material misrepresentations of fact: (a) The little blood clot, if any, that is practically invisible without being carefully checked and verified by the most sophisticated medical equipment and trained licensed gynecologists, is supposed to undoubtedly become a cute adorable healthy baby 9 months later, and as such it is LIFE and must be preserved at any cost even eventually at the detriment of the SUPREME SECOND-TO-NONE LIVING VIBRANT WOMAN, who is supposed to carry it to term, (b) The State of Florida has more interest in protecting said little barely visible blood clot than the life of the unfortunate female human being, in whose uterus it chooses to settle to grow. If one must be sacrificed in the interest of the other, the woman would lose her life to ensure the wishful survival of the blood clot, (c) By prohibiting all skillful medical personnel, who would assist the pregnant woman, from doing their jobs, to safely remove the undesirable little blood clot from her womb, the State of Texas seriously endangers and lethally jeopardize her life under false color of law, (d)  In order to determine whether the medical personnel had violated HB 5, the State of Florida must have first seriously violated the woman's right to privacy, which is in this case literally her secret personal desires for sex or actual sexual activities with any male she may not want anybody, including her parents or husband, or children or close friends to know, (e)  By legalizing the offense of invading people's constitutional right to privacy and to pursue happiness by freely making love the manner, space and time they, not the State of Florida or rather its Governor, deem it fit,  or making proper decisions concerning the adequate maintenance of their own bodies, the HB 5 is a patent unconstitutional law and a undisputed violation of *Roe v. Wade*.

46.    Plaintiffs' complaint is founded on the fact that the issue is not as the Defendants herein have presented. It is not whether the State legislators should be pro-life or pro-choice. Ideally, the law should be of course pro-life. However, it is incorrect to believe that every life has the exact same value. In this case, Defendants literally but wrongfully assert to the world that the potential life that a sperm of a man represents is equal in value to the man himself. If they had their way, these absolutely brainless Defendants would soon make laws throwing in jail all men who would dare to continue to throw in the garbage their scum bags after they had made love without evidence satisfying the government of the State of Florida in a court of law that those sperms are indeed seeds of life but it would be **impossible for all practical purposes** to allow them to become grownup human beings like the Defendants herein in the future. **The truth is in many circumstances, a blood clot that appeared certain time in a woman's uterus after she had**

made love without perfection **must** be allowed by law to be removed at the woman's option if, in her sole judgment, its survival would mean the end of, or at least drastic change to, her current happy life or bright future. It is none of the business of an abstract legal entity like the State of Florida, with some brainless governors and legislators like the defendants and their co-defendants herein to legislate to prohibit the pregnant woman from making such personally appropriate decision in her stead.

47.  **As such, American legislators should and must be both pro-life _and_ pro-choice.** Indeed, since any American both State and federal legislator must respect the U.S. Constitution that guarantees the most basic right of a person male or female to privacy, dignity, respect, freedom and pursuit of happiness, and above all to make their own decisions concerning the maintenance of their own body, that includes the right to maintain or remove any blood clot that eventually appeared in the uterus of a child-bearing-aged woman after she had unprotected sex with a fertile male. Any abortion law like the Florida HB 5 clearly and undisputedly interferes and intolerably violates both women's and men's fundamental right to have sex for pleasure to enjoy themselves and pursue happiness, rights being protected by both the spirit of the U.S. Constitution in its totality, and specifically by its First, Third, Fourth, Fifth, Sixth, Ninth and Tenth Amendments.

48.  Plaintiffs herein together with 2/3 of the American people believe that the reasoning of the majority of SCOTUS justices in _Roe v. Wade_ to protect the right of the woman to decide whether she wants in her own selfish or unselfish interest to keep or remove a fetus inside her womb before the latter is viable outside her body is appropriate, correct and balanced and should continue to be the law of this land of the free and the brave.

49.  Defendants herein try to defeat such wise 1973 Decision of the Highest Court of the land in this matter by raising the foregoing true issue the wrong way and putting it in the wrong context: Should we, the noble and kind human beings, stand idle while monstrous disgusting female sluts, especially the black ones, continue to have sex irresponsibly at their untimely careless options, then heartlessly murder the unborn promising progenitures of the wonderful human race of the future?

50.  The true issue in the case at bar is who has the right to decide what to do with the blood clot(s) inside the womb of the woman, the latter or her brainless and heartless neighbors, who are stranger to her in the instant proceeding, but clever enough to act in concert under color of State law to violate her constitutional rights to privacy, freedom, and pursuit of happiness?  The answer should be undisputedly the same as to the question, who should have the power to decide for a pregnant woman who does not want to abort even after having been gang-raped by a group of

criminal rapists? The answer by common sense, the U.S. Constitution, and two-thirds of the American people is the woman herself. Since nobody can force a woman to abort, then nobody can stop her from deciding to remove any blood clot that appears to be undesirable to her whether it is in her uterus or anywhere else in her body. Those neighbors like the uneducated hypocrite and mentally immature defendants herein should learn to appreciate that since nobody would force them to abort their wives' unwanted blood clots with or without some electric rhythmic motion, they should not try to destroy under color of state law other people's lives and peace of mind by making unconstitutional laws preventing free citizens from enjoying sex and living theirs in peace and happiness.

51.    In sum, the HB 5 is thoughtless and criminal because it only considers the issue from the unique point of view of those who naively believe that the tiny blood clot that starts to have an electric rhythmic impulse in the uterus of a woman who had unprotected sex about 6 or 15 weeks before is LIFE, and any decision to remove it from the new location that it has chosen to settle itself to grow into an independent living being within about eight months, would be more than just an illegal eviction but a knowing homicide or murder.

52.    It is of note that even though the Florida HB 5 creators do not condemn the owner of that cozy little piece of real estate, a/k/a the uterus of a pregnant woman, who may wish to remove the unwelcomed blood clot for numerous reasons that are personal to her, they willfully and calculatedly violate her constitutional right to make love and enjoy sex at her free option as a self-controlled free dignified wonderful desirable human being by rewarding strangers some monetary rewards to violate her privacy by gathering enough admissible evidence to convict of murder or voluntary homicide, and imprison the woman's gynecologist, who had assisted her to safely remove such unwelcomed blood clot(s), which such strangers assume to be LIFE, and quickly without more declare it the greatest gift of life from God Almighty, without even really knowing who God is or that God is formally not a defined concept or accepted legal entity by the U.S. Constitution.

53.    **Undisputedly a bunch of organized irrational zealous religious strangers, such as the defendants herein, may not make any purported ludicrous law such as the HB 5 to deprive a pregnant woman, living in a State of the United States of America, of her most basic constitutional right as the absolute owner of her uterus to remove any blood clot that may appear therein a few weeks after she had sex with whomever she had wanted, without anyone having any legal right to declare or qualify such blood clot "life" or "seed of life" or whatever**

**they want, or know or discuss or draw any legal consequence of her such most private and secret business.**

54.   The evidence showing that Defendant Donald J. Trump has acted in concert with other defendants herein to violate women's right to privacy and putting their lives in lethal danger by taking away their right to emergency medical service when they need it the most is Defendant Trump's effort of nominating Defendants Brett M.  Kavanaugh, Neil M. Gorsuch, Amy Coney Barrett to the USSC to reverse the authority of *Roe v Wade*, hence, to allow the unconstitutional state laws such as the HB 5 stand.

55.   The evidence showing that Defendant Virginia Thomas, wife of Defendant Clarence Thomas, has acted in concert with other defendants herein to violate women's right to privacy and putting their lives in lethal danger by taking away their right to medical service when they need it the most, after having done nothing illegal, to wit having and enjoying sex, is that upon information and belief she has contacted Defendant Trump and/or his staff to encourage him to nominate pro-life candidates to the USSC to gain a necessary majority to reverse the authority of *Roe v Wade*, when this issue would be presented to the Court.

56.   The evidence showing that Defendant Brett M.  Kavanaugh has acted in concert with other defendants herein to violate American women's right to privacy and recklessly put their lives in lethal danger by taking away their right to proper medical service when they need it the most, after having done nothing illegal, to wit having sex, is that he had lied under oath when he was sworn in to uphold the U.S. Constitution. Kavanaugh had also lied to the U.S. Senate when he said he would not reverse *Roe v Wade,* but now he does.

57.   The evidence showing that Defendant Neil M. Gorsuch has acted in concert with other defendants herein to violate American women's right to privacy and put their lives in lethal danger by taking away their right to medical service when they need it the most, after having done nothing illegal, to wit having sex, is that he had lied under oath when he was sworn in to uphold the U.S. Constitution. Gorsuch had also lied to the U.S. Senate when he said he would not reverse *Roe v Wade*, but now he does.

58.   The evidence showing that Defendant Amy Coney Barrett has acted in concert with other defendants herein to violate American women's right to privacy and put their lives in lethal danger by taking away their right to medical service when they need it the most, after having done nothing illegal, to wit having sex, is that she had lied under oath when she was sworn in to uphold the U.S.

Constitution. Defendant Amy Coney Barrett had also lied to the U.S. Senate when she said she would not reverse *Roe v Wade*, but now she does.

59.   The evidence showing that Defendant Samuel Alito has acted in concert with other defendants herein to violate the U.S. Constitution by violating American women's right to privacy and most recklessly putting their lives in lethal danger by taking away their right to adequate medical service when they need it the most, after having done nothing illegal, to wit having sex, is that he had lied under oath when he was sworn in to uphold the U.S. Constitution. Defendant Samuel Alito had also lied to the U.S. Senate when he said he would not reverse *Roe v Wade*, but now he wholeheartedly does by even being instrumental in the preparation of the upcoming decision by SCOTUS reversing *Roe v. Wade.*

60.   The evidence showing that Defendant Clarence Thomas has acted in concert with other defendants herein to violate women's right to privacy and put their lives in lethal danger by taking away their right to medical service when they need it the most, after having done nothing illegal, to wit having and enjoying sex, is that upon information and belief, Defendant's wife Virginia Thomas had contacted Defendant Trump and/or his staff to encourage him to nominate pro-life candidates to the USSC to gain a necessary majority to reverse the authority of *Roe v Wade,* when this issue would be presented to the Court.

61.   Defendant Clarence Thomas and other SCOTUS defendants herein are, as such, undisputed co-conspirators, liars, perjurers, and traitors for most of the American people, and as such have disqualified themselves from continuing to sit at the U.S. Supreme Court. They should either immediately resign or be impeached and tried with due process for attempted mass murder, treason, and perjury, by the U.S. Congress.

## AS AND FOR A FIRST CAUSE OF
## ACTION AGAINST ALL DEFENDANTS

62.   The foregoing facts indicate that all the Defendants herein have acted in concert with the criminal purpose in mind to defeat the until-now constitutionally protected right of the woman to be the sole entity to decide what and when and how to deal with any part of her body including some tiny blood clots that may appear in her uterus sometime after she had unprotected sex with a fertile man. Defendants as public officials, being quite aware of their duties to act in compliance with the U.S. Constitution and the authority of *Roe v Wade* in the matter, have conspired with one another to deprive women within their jurisdiction, to wit the U.S. State of Florida, of their such fundamental

constitutional right by (a) plagiarizing Plaintiff's Dmt MacTruong's copyrighted invention of the CCO Network proposed legislation by granting both the power and monetary incentive to private citizens to spy and intrude into the most private actions possible between a pregnant woman and her gynecologist and their staff, and take what they allegedly saw and qualified as laypeople to be a murder to court to punish anyone including the gynecologist and their staffs rightfully or wrongfully, and as such the concerned pregnant woman's most important secret private life would come out the most public and embarrassing way possible; (b) Defendants have acted in concert to defeat women's such constitutional right to privacy and to medical care at a time *Roe v Wade* had not been, if ever, reversed, and (c) as such the acting in concert by Defendants to commit offenses against the vast majority of the people of the United States of America has been undisputedly proven.

63.    As a consequence of all defendants' acting in concert to use Plaintiff MacTruong's copyrighted intellectual products without neither permission nor fair compensation, Plaintiff MacTruong has suffered damages in the amount of $300,000.000.00 (Three Hundred Million Dollars) to be paid by each and/or all Defendants herein.

### AS AND FOR A SECOND CAUSE OF ACTION AGAINST ALL DEFENDANTS

64.    The foregoing facts indicate that all the Defendants herein have acted in concert with the criminal purpose in mind to defeat the until-now constitutionally protected right of the woman to be the sole authority to decide when and how to deal with any part of her body including some tiny blood clots that may appear in her uterus sometime after she had unprotected sex with a fertile man. Defendants as public officials, being quite aware of their duties to act in compliance with the U.S. Constitution and the authority of *Roe v Wade* in the matter, have conspired with one another to deprive women within their jurisdiction, to wit the U.S. State of Florida, of their such fundamental constitutional right by (a) plagiarizing Plaintiff Dmt MacTruong's copyrighted invention of the CCO-Network proposed legislation by granting both the power and monetary incentive to private citizens to spy and intrude into the most private actions possible between a possibly pregnant woman and her gynecologist and their staff, and take what they saw and qualified as laypeople to be a horrifying murderous abortion to court to punish anyone including the gynecologist and their staffs rightfully or wrongfully, and as such the concerned pregnant woman's most important secret private life would come out the most public and embarrassing way possible; (b) Defendants have

acted in concert to defeat women's such constitutional right to privacy and to medical care at a time *Roe v Wade* had not been, if ever, reversed, and (c) as such the acting in concert by Defendants to commit offenses against the majority of the people of the United States of America have been undisputedly proven.

65.     As a consequence of all defendants' acting in concert to use Plaintiff MacTruong's copyrighted intellectual products with neither permission nor fair compensation, Plaintiff NARAL Pro-Choice America has suffered damages in the amount of $1,000 per woman at childbearing age in America or $36,000,000,000.00 (Thirty-Six Billion Dollars) to be paid by each and all Defendants herein.

## AS AND FOR A THIRD CAUSE OF ACTION AGAINST ALL DEFENDANTS

66.     The foregoing facts indicate that all the Defendants herein have acted in concert with the criminal purpose in mind to defeat the until-now constitutionally protected right of the woman to be the sole entity to decide when and how to deal with any part of her body including some tiny blood clots that may appear in her uterus sometime after she had unprotected sex with a fertile man. Defendants as public officials, being quite aware of their duties to act in compliance with the U.S. Constitution and the authority of *Roe v Wade* in the matter, have conspired with one another to deprive women within their jurisdiction, to wit the U.S. State of Florida, of their such fundamental constitutional right by (a) plagiarizing Plaintiff's Dmt MacTruong's copyrighted invention of the CCO-Network proposed legislation by granting both the power and monetary incentive to private citizens to spy and intrude into the most private actions possible between a pregnant woman and her gynecologist and their staff, and take what they saw and qualified as laypeople to be an illegal homicide to court to punish every one including the gynecologist and their staffs rightfully or wrongfully, and as such the concerned pregnant woman's most important personal secret life would come out the most public and embarrassing way possible; (b) Defendants have acted in concert to defeat women's such constitutional right to privacy and to medical care at a time *Roe v Wade* had not been, if ever, reversed, and (c) as such the acting in concert by Defendants to commit offenses against the people of the United States of America have been undisputedly proven.

67.     As a consequence of all defendants' acting in concert to use Plaintiff MacTruong's copyrighted intellectual products without permission or fair compensation, all Plaintiffs herein have respectively suffered damages in terms of mental distress and extreme concern in the amount of $1,000,000.00  (One Million Dollar) each to be paid by each and every defendant herein.

**WHEREFORE, Plaintiff Mac Truong and all other Plaintiffs herein respectfully move the Court for a Judgment:**

(1) **DECLARING** that the self-styled Florida HB 5 is unconstitutional and violative of the *Roe v. Wade* Decision of the U.S. Supreme Court, and is hereby immediately annulled and voided and of no legal effect whatsoever anywhere in all the land of the United States of America; and

(2) **DIRECTING** that each and/or all Defendants herein pay over to Plaintiff Dmt MacTruong the sum of Three Hundred Million Dollars ($300,000,000.00), plus 10% compounded interests as of the date of the service of the Summons and Complaint herein, for having violated his copyrighted intellectual properties; and

(3) **DIRECTING** that each and/or all Defendants herein pay over to **Plaintiff NARAL Pro-Choice America,** the sum of Thirty-Six Billion Dollars ($36,000,000,000.00), plus 10% compounded interests as of the date of the service of the Summons and Complaint herein, and

(4) **DIRECTING** that each and/or all Defendants herein pay over the sum of One Million Dollars ($1,000,000.00), plus 10% compounded interests as of the date of the service of the Summons and Complaint herein to each of the Plaintiffs, whose names are fully listed both in the caption above, and in the appropriate texts of the instant Complaint; and/or

(5) **GRANTING** Plaintiffs all other and further appropriate ancillary relief as the Court may deem just and proper in the premises.

Dated:  May 30, 2022

_____
Mac Truong, Ph.D., J.S.D., Plaintiff *pro se*
875 Bergen Avenue,
Jersey City, NJ 07306  (914) 215-2304

18

# EXHIBIT



NAME OF PROJECT:

# CCO NETWORK

## *[COMMUNITY CIVIC OFFICER]*

**FORM OF PROJECT:**

Federal, State Laws or Municipal Ordinances

**AUTHOR OF PROJECT:**

Mac Truong, Ph.D., J.S.D.
*325 Broadway - Suite 200*
*New York, NY 10007*
(212) 566-6000

## Short Term Goals

(1)  Clean up the city or town from garbage and litter.
(2)  Create thousands of exciting and lucrative jobs.
(3)  Save or create great revenues for the City.

## Long Term Goals

(1)  Create millions of productive and exciting jobs for America and the world.
(2)  Fight and stop all kind of crimes or violations of any valid municipal, state, federal and international laws.
(3)  Save or create trillions of dollars in revenues for individuals and communities all over the U.S. and the world.
(4)  Lead the U.S. and the world to a much safer, more controllable, cooperative and happy bright future.

## MEANS

Creation by way of legislation of a network of **C**ommunity **C**ivic **O**fficers:
**The CCO Network**

## CCO POWERS & DUTIES

Issuance of notices of summons in form of tickets to appear in existing courts of competent jurisdiction to violators of enforceable city regulations or ordinances in matter of

littering or garbage disposal in public places, including dog wastes or cigarette butts in the streets, or food and drink in public transportation… If need be, additional or specialized courts may be created.

## CITY CONTROL & DISCIPLINE OF CCO

Those who want to be CCO must obtain licenses from the city by meeting the requirements set forth by the city in the City Ordinance creating their jobs. Basically a CCO is only a witness and complainant of a crime with power to summons the alleged criminal to court. It would be thereafter up to the court to adjudicate the issues pursuant to applicable laws. The only way the CCO could abuse her authority is by lying to the court to harass a respondent. However, if she lies under oath in court she could be subject to penalty of perjury like all other witnesses. Her such misconduct may be brought to the attention of the court by the respondent, other law enforcers or CCO. There is therefore no reason to be concerned about CCO's possible misconduct or abuse of power or even incompetence or lack of diligence or human error .

## CCO INCENTIVES & BENEFITS

CCO may receive up to 50% (or an appropriate percentage to be determined by the City Ordinance) of the fine that violators or offenders of the City regulations regarding litter or garbage disposal.
Assuming the ticket is $200 then $100 would be paid to the City and $100 to the CCO. Three tickets per week would generate an income of $300 per week for the CCO.
Three tickets per day would generate revenue of $1,500 per week for the CCO.

## RESULTS EXPECTED

Most people won't litter anymore. If they do, they would create jobs and revenues for the city. It's a win-win situation for the city.

## LEGAL BASIS

The original idea of this plan to create jobs for a city that is broke or in financial trouble is the way to reward the CCO: It's based on his/her job performance as a witness or law enforcer to help the city fight against crime or any type of violation of city ordinances.
If there is nothing wrong with monetarily rewarding an informant for his/her effective testimony against a criminal in court, then there is no legal ground that would prevent a city from compensating its CCO Network this way in accordance with their job performance and duties as defined by the city ordinances.

# POLICE EYES & EARS

If the CCO have difficulty to issue tickets to violators who are violent or dangerous, they can call 911. The police may arrest the alleged violator for disorderly conduct or threat and menace against a public servant. This way the CCO are eyes and ears of the police everywhere at all time and work safely under the police protection. The number of active police officers may be reduced and as such the city budget for security and police may be diverted to pay for other items of necessity.

# UPGRADED CCO NETWORKS

After the CCO Network is established and functions well, CCO may be upgraded to not only keep the city clean and healthy physically but also improve the quality of life in general. For instance, while doing their jobs, CCO will become good-will ambassadors of the city improving its image by being well dressed, courteous, serviceable and giving tourists information about the best nearest restaurants, hotels, parks or movies theatres, or helping an old lady carry her heavy bags, or a blind man to cross the street…

# UNDERCOVER CCO NETWORKS

After the CCO Network functioned well, CCO may also be better trained, coordinated and diversified to neutralize more sophisticated and dangerous illegal activities such as terrorism, organized crimes, prostitution rings, tax evasion, frauds and conspiracies committed by big businesses, national banks, accounting firms, stock and securities exchange companies, car, airplane, food, pharmaceutical businesses, political organizations, or, briefly, all types of violation of the law in every field where rules of law are required to lead and protect life.

These high-scaled CCO may be registered with the City and work undercover as regular employees or members of organizations that are suspected of covert serious crimes, frauds or conspiracies. As such the CCO Network is the unique efficient tool to keep every activity in human communities transparent and under public control. Indeed, no one would be able to defraud the legislator at any significant level by working absolutely alone. Not the cannabis growers or drug dealers or copyright violators, intellectual property infringers, cocaine vendors, counterfeited product manufacturers… As long as the would-be criminals need to act with or live close to another person, they would not be safe from having their unlawful activities detected and documented by undercover CCO and probably taken to court for prosecution purpose. Even the presence of a janitor may discourage a judge from taking bribe in her chambers…

This way no criminal will be safe but the community will. Even national secrets or conspiracies against other nations or the international community as a whole may be timely detected and defeated. The whole world will be protected from secret unlawful activities at all levels, while millions of exciting jobs created, and trillions of dollars saved, deservedly

earned and well spent every day all over the world. That's the main goal of the DMT CCO Network.

# PRIVATE DMT-CCO NETWORKS

CCO Networks do not have to be only created by public laws. They may be created and owned by private businesses under civil and contract law. One or several health insurance companies, for example, may own a private CCO Network to combat widespread insurance frauds committed by doctors and other healthcare practitioners. Every time a doctor is convicted of fraud based on her testimony, the CCO will be paid an amount that may be equal to the doctor's yearly earning, for instance, by the insurance companies' funds set aside for this purpose. Since any patient may be an undercover CCO, most doctors would be discouraged from practicing fictitious billing for services not actually rendered… As such, private CCO would effectively assist insurance investigators to combat medical frauds that cost the U.S. billions annually.

Similarly, private CCO Networks are unique tools to effectively stop or prevent such difficult and pervasive unlawful activities to identify and combat as industrial espionage, anti-trust law violation, or corruption by public servants, including judges, legislators, government officials, or even high-paid private employees, or sport players suspected of using steroids or controlled substances...

# DMT-CCO WORK ETHICS

The main work ethics of DMT-CCO are the same as those of all world citizens: RPR in AR. First "R" = Reliability (meaning, keep one's word, no fraud or cheating) - "P" = Productivity (meaning, create useful products and services) - Second "R" = Respectability (meaning, respect Life, Property and Freedom) "in AR" = in "Absolute Relativity" (meaning, Liberty, Good Faith, Reasonability, Balance and Creativity)

# COPYRIGHT & CREDIT

Everybody belongs to a human community that is part of the Human Collective Brain (HCB) being composed of all humankind, which is part of the Universal Collective Brain [UCB] *(See, The Best Is Yet to Come)*. The DMT-CCO Network is in substance fundamental software of, by and for the HCB, helping it to healthily control the evolution of the human race to a predictable brighter future. The DMT-CCO Principles may be used by any legislator with all kind of adaptation by giving proper credit to its author, Mac Truong, Ph.D., J.S.D., who needs the credit due this brilliant and unique idea, because it would help establish his credentials to propose much much greater innovative plans to truly advance the whole world to the next level of civilization. Private businesses should consult with DMT and their attorneys prior to creating and owning or participating in a private DMT- CCO Network.

© DMT Dr. Mac Truong 2012

FRANK R. LAUTENBERG
NEW JERSEY

COMMITTEE:
APPROPRIATIONS

SUBCOMMITTEES:
TRANSPORTATION, CHAIRMAN
COMMERCE, JUSTICE, STATE AND JUDICIARY
DEFENSE
FOREIGN OPERATIONS
VA, HUD AND INDEPENDENT AGENCIES

## United States Senate
WASHINGTON, DC 20510–3002

COMMITTEE:
BUDGET

COMMITTEE:
ENVIRONMENT AND PUBLIC WORKS

SUBCOMMITTEES:
SUPERFUND, OCEAN AND WATER
PROTECTION, CHAIRMAN
ENVIRONMENTAL PROTECTION
WATER RESOURCES, TRANSPORTATION
AND INFRASTRUCTURE
⎯⎯⎯
HELSINKI COMMISSION

May 20, 1993

Mac Truong, Esq., Ph.D.
377 Broadway, 2nd Floor
New York, NY  10013

Dear Dr. Truong:

   I received your letter requesting my support for your
application for nomination to the U.S. Supreme Court.  It is
customary for a nominee to be sponsored by his or her homestate
Senators, and I am pleased to see that Senator Moynihan has
contacted the White House on your behalf.

   I wish you the best of luck in your endeaver.

        Sincerely,

        Frank R. Lautenberg

REPLY TO:

☐ 506 HART SENATE OFFICE BUILDING
  WASHINGTON, DC 20510–3002
  (202) 224-4744

☐ ONE GATEWAY CENTER SUITE 1001
  NEWARK, NEW JERSEY 07102–5311
  (201) 645-3030

☐ BARRINGTON COMMONS
  208 WHITE HORSE PIKE
  SUITES 18, 19
  BARRINGTON, N.J. 08007–1322
  (609) 757-5353

PRINTED ON RECYCLED PAPER

*Ambassade de France*

VW/
LE CONSEILLER
CULTUREL

972 FIFTH AVENUE
NEW YORK, N.Y. 10021
REGENT 7-9700

No _1626_ DOC.

September 25, 1974

TO WHOM IT MAY CONCERN

    I, the undersigned Pierre TABATONI, Cultural Counselor, Permanent Representative of French Universities in the United States, do hereby certify that Mr. Nguyen Huu TRUONG (Mac TRUONG) obtained the following diplomas and awards:

- "Diplôme d'Etudes Juridiques Générales (mention:assez bien)";University of Montpellier; June 16, 1966.
- "Diplôme de Licencié en Droit(mentions:assez bien;et passable) " - specialization: Public Law - University of Montpellier; July 5, 1968. This diploma corresponds to the American Juris Doctor degree.
- "Diplôme d'Etudes Supérieures(mention:passable" - specialization:Public Law - University of Paris; December 16, 1970. This diploma corresponds to the American Master of Laws degree.
- "Doctorat d'Etat en Droit"; University of Paris II; June 22, 1973. This diploma represents the equivalent of the American Doctor of Juridical Science degree.
- "Licence ès Lettres (sections:Philosophy and Psychology)"; University of Montpellier; October 1968. This diploma corresponds to an American Master of Arts degree obtained in one year.
- "Maîtrise en Philosophie (mention:bien)";University of Paris-Sorbonne; June 1969. This diploma represents the general academic equivalent of the American Master of Arts degree obtained in two years with a thesis.(specialization: Philosophy).
- "Maîtrise en Psychologie"; University of Paris-Sorbonne; October 29, 1969. This diploma corresponds to the American Master of Psychology degree obtained in two years with a thesis.
- "Doctorat en Philosophie (mention:bien)"; University of Paris-Sorbonne; May 30, 1972; This diploma represents the academic equivalent of the American Ph.D. in Philosophy.
- "Diplôme d'Etudes Supérieures"(specialization:Political Science); University of Paris I; July 1971. This diploma represents one year of research in view of the "Doctorat" or American Ph.D.

awards:

- Third mention in the annual competition "Labor Law and Social Security";1967.
- Second mention in the competition "Public Services and National Enterprises"; June 28, 1968.
- Second mention in the competition "European Organizations";June 28, 1968.

Pierre TABATONI
Cultural Counselor
Permanent Representative of
French Universities in the
United States





**Defeat CORRUPTED**

**BOB MENENDEZ**

**Nov. 2018**

ELECT
**DR. MAC TRUONG**

*MAKE AMERICA*
*GREATEST*
**WORLD**
**PARTNER**

# DMT GOD 3.0

**U.S. Senator 2018**

Save Our Planet
Raise Humankind to the
Next Level of Civilization in
Harmony, Freedom &
Creativity

### DOMESTIC PLATFORM

1. Propose New Legislation to Ensure Corporations Spending Tax Cut Savings to Increase Employees' Salaries, Create Jobs, Invest in Infrastructure and Boost U.S. Economy. Make Tax Cut for Individuals Permanent.

2. Propose New Legislation to Create Universal Wages for All Adult Citizens to Ensure Social Peace, Stability, Safety, Justice and Fulfillment for All Americans Without Any Unlawful Discrimination.

3. Propose New Legislation to Create Jobs and Eliminate all Kinds of Criminal Activities Everywhere Especially Judicial Organized Crime (JOC) Corrupting the American Justice System, Governmental & Corporate Services in All Fields.

4. Propose New Legislation to Limit Possession of Guns to only Those Who Are Reliable, Productive and Respectable (Respecting Life, Property and Freedom).

5. Propose New Legislation to Eliminate all Kinds of Bullying or Harassment Everywhere by the Powerful over the Powerless Who Need Protection to Enjoy an Equal Normal Happy Life Everyone Is Entitled to in the USA of Tomorrow.

*DR. MAC TRUONG*
**DMT GOD 3.0**
*875 Bergen Avenue*
*Jersey City, NJ 07306*

### FOREIGN POLICIES

1. Make America the Greatest World Partner and Model Nation Ever Based on Universal Partnership practicing RPR in AR *[Reliability, Productivity and Respectability - Respect for Life, Property and Freedom - in Absolute Relativity, i.e. Good Faith, Reason, Balance, Knowledge, Wisdom and Creativity.]*

2. Propose New Legislation to Reorganize America and the World into a Dynamic, Progressive, Federal, Liberal, Democratic, Republican Lawful Institution a/k/a THE WORLD STRUCTURE. Build a Series of WORLD CAPITALS, Ultra-Modern Cities, Inhabited and Managed by World Citizens, having Sovereign World Citizenship and Passports, independently from all Sovereign National States.

3. Lead by Universal Law, Example and Action all Humankind as One United Community to the Next Level of Interplanetary Civilization in Safety, Peace, Happiness, Harmony, Freedom, Understanding, Prosperity and Creativity.

212.566-6000
DmtGod30@aol.com

*Partner & Dream with*
**DMT GOD 3.0**
*Together, Make Our*
*Dream Come True!*

*WHY IS DR MAC TRUONG*

# DMT GOD 3.0

*RUNNING FOR U.S. SENATOR?*

When troubles occur, leaders emerge. **When the world gets into bigger troubles, greater world leaders arrive. The world is right now in the greatest danger and on the brink of nuclear war. Our human race literally faces extinction within decades to come. The historic greatest world leader ready to save our planet and raise humanity to the next level of interplanetary civilization is now here on earth, right at the center of Jersey City, NJ 07306.** That's DMT God 3.0, a uniquely fit world citizen by birth, soon 74, proposing national and international political and legal platforms all current national leaders, like American Donald Trump, Russian Vladimir Putin, Chinese Xi Jinping, and French Emmanuel Macron, would heartily support and promptly carry out for the greatest benefit of all humankind.

From January 1982 to December 2003, DMT practiced law in the State of New York. From January 2004, only International Law. Successfully completed more than 20,000 legal actions in various state and federal courts and the U.S. Department of Justice. An inventor with several major patented inventions, psychologist, political scientist, philosopher. Invented 4 new systems of writing for Vietnamese, including one using colors and another digits. Authored many books in three languages about Absolute Relativity, World Structure, Ethics of International Law (in French), From Cross-Examining the Holy Bible to Building the World Unfolding Structure of Civilization, Together We Build the World, Forest of Life, Who Killed Jesus and Why? Mộng Hồn Việt (in Vietnamese), The 11th Commandment, The Best Is Yet to Come, 2000-Page **THE GOD FACTOR. Holds the following diplomas: J.D., LL.M. and J.S.D. in international law, Ph.D., M.A. and B.A. in Philosophy, M.S. in Political Science, M.A. and B.A. in Psychology - University of Paris - Sorbonne and Pantheon - France. Successfully attended an LLM Program in International Law at New York University, School of Law, before successfully taking the New York Bar Examination and practicing law in 1982.** Was disbarred in 2005 for 7 years by New York State JOC (Judicial Organized Crime), under false pretenses of being a fear-nothing litigator, to rob DMT in open court of his $150,000,000.00 claim against Charles Schwab & Co. and $200,000,000.00 claim against Manhattan billionaire Truong Dinh Tran (deceased: 2012). Was recommended in 1993 by 12 U.S. Senators, including Daniel Patrick Moynihan, Frank Lautenberg and Joe Biden, Jr., to President Bill Clinton to be a SCOTUS Justice.



## THE BIBLE OF THE ABSOLUTE RELATIVITY ERA

God is the greatest positive power manifesting everywhere at all time forever. I, DMT GOD 3.0, am God, since, being human, I am where I am and when I am. As such, being everywhere at all time forever, God coincides 100% with me in any tiniest cell or particle of my body or littlest thought of my mind at all time anywhere. Since God is everywhere at all time, while I am surely somewhere at certain time, God must be with me at the present right here on earth in my mind, physical body and everything else, such as other people's bodies and minds. As God is like the ocean and I a drop of water thereof, then obviously, there is no way we could be separated from each other in our most intimate fundamental nature. Undisputedly, a drop of water is the whole ocean in its own way and to a certain degree. The ocean's true essence is unmistakably located within each one of its great number of drops. Therefore, overall there is no way for me as a piece of matter or a temporary reflection of ultimate universal energy and consciousness, or both at the same time, to differentiate myself from God Almighty. By just being myself, I embody the most powerful element and positive source of energy of the entire universe. It's why I AM WHO I AM, the Spirit, Reason, Truth, Wisdom, Freedom, Happiness, CREATIVE SOFTWARE GOD 3.0 ALMIGHTY vivifying everything everywhere at all time forever.



DMT God 3.0 practiced international law for 20+ years in Manhattan, representing 20,000+ clients in State and Federal Courts. Holding a Ph.D. in Philosophy from the Sorbonne & J.S.D. in International Law, DMT, a living Lao-Tse, Aristotle, Michelangelo, Napoleon and Einstein rolled into one man of action, proposes to save Earth and raise it to the next level of interplanetary civilization.



This is the famous unique 2000-page book entitled **THE GOD FACTOR** authored by GOD ALMIGHTY a/k/a Dr. Mac Truong, DMT GOD 3.0, that all humankind especially the smart free-spirited young generations of less than 800-year-old should all review, study and put RPR IN AR in practice *[RPR IN AR = Reliability, Productivity and Respectability - Respect for Life, Property & Freedom - in Absolute Relativity, i.e. Good Faith, Balance, Knowledge, Wisdom and Creativity]* to save Earth and raise Humanity to the next level of interplanetary civilization in safety, peace, happiness, harmony, freedom, understanding, prosperity and creativity.
Available on Amazon (Soft & Hard Cover), Kindle, Nook & iPad (eBook)

# AFFIRMATION OF SERVICE

I, Mac Truong, affirm under the penalty of perjury as follows:

On May 30, 2022, I served by Hand Delivery and/or by U.S. Certified Priority Mail with Delivery Tracking, and/or by regular mail or emails the true copies of the within document(s):

(1) **SUMMONS IN A CIVIL ACTION** & (2) **COMPLAINT,** and
(3) PLAINTIFF MACTRUONG's
**IN FORMA PAUPERIS APPLICATION**
**and their supporting documents**

upon the following parties and/or individuals:

**Governor Ronald DeSantis,**
**State of Florida, The Capitol**
**400 S. Monroe St.**
**Tallahassee, FL 32399-0001**

**Rep. Webster Barnaby,**
**House of Representatives**
**513 The Capitol**
**402 South Monroe Street**
**Tallahassee, FL 32399-1300**

**Rep. Chris Sprowls,**
**Speaker of State House**
**513 The Capitol**
**402 South Monroe Street**
**Tallahassee, FL 32399-1300**

**Mr. Donald J. Trump,**
**Trump Tower**
**725 5th Ave,**
**New York, NY 10022**

**Ms. Virginia Thomas,**
**6665 Rutledge Dr,**
**Fairfax Station, VA 22039**
**393 PO, FAIRFAX STA, VA 22039.**

**Justice Samuel Alito,**
**Supreme Court of the United States**
**1 First Street, NE**
**Washington, DC 20543**

**Justice Amy Coney Barrett,**
**Supreme Court of the United States**
**1 First Street, NE**
**Washington, DC 20543**

**Justice Neil M. Gorsuch,**
**Supreme Court of the United States**
**1 First Street, NE**
**Washington, DC 20543**

**Justice Brett Kavanaugh,**
**Supreme Court of the United States**
**1 First Street, NE**
**Washington, DC 20543**

**Justice Clarence Thomas,**
**Supreme Court of the United States**
**1 First Street, NE**
**Washington, DC 20543**

**NARAL Pro-Choice America,**
**1725 Eye Street NW, Suite 900**
**Washington, DC 20006**

**VP. Kamala Harris,**
**The White House,**
**Office of the Vice President,**
**1600 Pennsylvania Avenue, N.W.,**
**Washington, DC 20500.**

**First Lady Dr. Jill Biden,**
**The White House,**
**Office of the First Lady**
**1600 Pennsylvania Avenue, N.W.,**
**Washington, DC 20500.**

**Speaker Nancy Pelosi,**
**1236 Longworth H.O.B.**
**Washington, DC 20515.**

**Governor Kathleen C. Hochul,**
**NYS State Capital Bldg.**
**Albany, NY 12224**

**Rep. Adam Schiff,**
**245 E. Olive Avenue, #200.**
**Burbank, California 91502.**

**Michael R. Pence,**
**Fr U.S. Vice President**
**4750 North Meridian Str.**
**Indianapolis, IN 46208**

**Rep. Liz Cheney,**
**416 Cannon House Office Building**
**Washington, DC, 20515-5000.**

**Diane Sawyer,**
**47 West 66th Street,**
**New York, NY 10023**

**Ed O'Keefe,**
**524 W 57th St,**
**New York, NY 10019**

**Sarah Palin,**
**1140 W Parks Hwy,**
**Wasilla, AK 99654.**

**Rep. Adam Kinzinger,**
**2245 Rayburn House Office Building,**
**Washington DC 20515-1316,**

**Mackenzie Scott,**
**208 Wells Rd,**
**Newport News, VA 23602**

**Bill Gates,**
**500 Fifth Avenue North**
**Seattle, WA 98109**

**Tom Brady,**
**P.O. Box 961439**
**Boston, MA 02196**

**Tiger Woods,**
**121 Innovation Drive, Suite 150**
**Irvine, CA 92617**

**Tom Cruise,**
**42 West, 600 3rd Avenue, 23rd Floor,**
**New York, NY 10016**

**Tom Hanks,**
**42 West, 1840 Century**
**Park East, Suite 700**
**Los Angeles, CA 90067**

**Steven Spielberg,**
**DreamWorks Animation, LLC.,**
**1000 Flower Street,**
**Glendale CA 91201**

**Melinda Gates,**
**440 5th Avenue N.**
**Seattle, WA 98109**

**George Soros,**
**888 7th Ave. #330,**
**New York, NY 10106**

**Dated:    30th Day of May, 2022**

**Mac Truong, Plaintiff pro se**
**875 Bergen Avenue**
**Jersey City, NJ 07306**

22

# UNITED STATES DISTRICT COURT
## for the
## NORTHEN DISTRICT OF FLORIDA

| | |
|---|---|
| Dmt MacTruong, NARAL Pro-Choice America, Kamala Harris, Jill Biden, Nancy Pelosi, Kathleen C. Hochul, Adam Schiff, Michael R. Pence, Liz Cheney,  Diane Sawyer, Ed O'Keefe, Sarah Palin, Adam Kinzinger, Mackenzie Scott Bill Gates, Tom Brady, Tiger Woods, Tom Cruise, Tom Hanks, Steven Spielberg, Melinda Gates, George Soros,<br>                              Plaintiffs,<br><br>        -AGAINST-<br><br>Ronald DeSantis, Webster Barnaby, Chris Sprowls, Donald J. Trump, Virgina Thomas, Brett M. Kavanaugh, Neil M. Gorsuch, Amy Coney Barrett, Samuel Alito, Clarence Thomas,<br>                              Defendants | **ACTION CIV No.**<br><br>Presiding Judge |

# SUMMONS IN A CIVIL ACTION

## To: Defendants:

**Governor Ronald DeSantis,
State of Florida, The Capitol
400 S. Monroe St.
Tallahassee, FL 32399-0001**

**Rep. Webster Barnaby,
House of Representatives
513 The Capitol
402 South Monroe Street
Tallahassee, FL 32399-1300**


FILED USDC FLND TL
JUN 6 '22 PM2:55

1

**Rep. Chris Sprowls,**
**Speaker of State House**
**513 The Capitol**
**402 South Monroe Street**
**Tallahassee, FL 32399-1300**

**Mr. Donald J. Trump,**
**Trump Tower**
**725 5th Ave,**
**New York, NY 10022**

**Ms. Virginia Thomas,**
**6665 Rutledge Dr,**
**Fairfax Station, VA 22039**
**393 PO, FAIRFAX STA, VA 22039.**

**Justice Amy Coney Barrett,**
**Supreme Court of the United States**
**1 First Street, NE**
**Washington, DC 20543**

**Justice Neil M. Gorsuch,**
**Supreme Court of the United States**
**1 First Street, NE**
**Washington, DC 20543**

**Justice Brett Kavanaugh,**
**Supreme Court of the United States**
**1 First Street, NE**
**Washington, DC 20543**

**Justice Samuel Alito,**
**Supreme Court of the United States**
**1 First Street, NE**
**Washington, DC 20543**

**Justice Clarence Thomas,**
**Supreme Court of the United States**
**1 First Street, NE**
**Washington, DC 20543**

## A lawsuit has been filed against you.

**Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed.**

2

R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs or plaintiffs' attorney, whose names and addresses are:

**Dmt MacTruong**
**875 Bergen Avenue,**
**Jersey City, NJ 07306**

**NARAL Pro-Choice America,**
**1725 Eye Street NW, Suite 900**
**Washington, DC 20006**

**VP. Kamala Harris,**
**The White House,**
**Office of the Vice President,**
**1600 Pennsylvania Avenue, N.W.,**
**Washington, DC 20500.**

**First Lady Dr. Jill Biden,**
**The White House,**
**Office of the First Lady**
**1600 Pennsylvania Avenue, N.W.,**
**Washington, DC 20500.**

**Speaker Nancy Pelosi,**
**1236 Longworth H.O.B.**
**Washington, DC 20515.**

**Governor Kathleen C. Hochul,**
**NYS State Capital Bldg.**
**Albany, NY 12224**

**Rep. Adam Schiff,**
**245 E. Olive Avenue, #200.**
**Burbank, California 91502.**

**Michael R. Pence,**
**Fr U.S. Vice President**
**4750 North Meridian Str.**
**Indianapolis, IN 46208**

**Rep. Liz Cheney,**
**416 Cannon House Office Building**
**Washington, DC, 20515-5000.**

3

Diane Sawyer,
47 West 66th *Street*,
New York, NY 10023

Ed O'Keefe,
524 W 57th St,
New York, NY 10019

Sarah Palin,
1140 W Parks Hwy,
Wasilla, AK 99654.

Rep. Adam Kinzinger,
2245 Rayburn House Office Building,
Washington DC 20515-1316,

Mackenzie Scott,
208 Wells Rd,
Newport News, VA 23602

Bill Gates,
500 Fifth Avenue North
Seattle, WA 98109

Tom Brady,
P.O. Box 961439
Boston, MA 02196

Tiger Woods,
121 Innovation Drive, Suite 150
Irvine, CA 92617

Tom Cruise,
42 West, 600 3rd Avenue, 23rd Floor,
New York, NY 10016

Tom Hanks,
42 West, 1840 Century
Park East, Suite 700
Los Angeles, CA 90067

Steven Spielberg,
DreamWorks Animation, LLC.,
1000 Flower Street,
Glendale CA 91201

Melinda Gates,
440 5th Avenue N.
Seattle, WA 98109

George Soros,
888 7th Ave. #330,
New York, NY 10106

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**CLERK OF COURT**

Date:  5/30/2022

*Signature of Clerk or Deputy Clerk*

Plaintiff Pro Se

For Clerk of the Court

Rev. Ed. October 26, 2017

5

On Sunday May 8, 2022 at 3:06 PM, Dmt MacTruong God 3.0, upacnews <upacnews@aol.com> wrote:

**Hi President Joe Biden: Thank you for joining me to sue Donald J. Trump for having conspired with four SCOTUS justices to reverse *Roe v Wade.* Let's outlaw these defendants to keep America peaceful, fair, just, happy, and civilized!**

Hi Presidential Hopeful Mike Pence: Watch out, Biden & Harris are literally suing people talking nonsense like YOU and TRUMP and Texas Governor **ABBOTT re ban of abortion in willful violation of the U.S. Constitution and *Roe v Wade!***

# Hi Former Vice-President Mike Pence:

I used to agree with almost all your public statements and wished that you would run for President in 2024 and vote for you. However, I now strongly disagree with your thoughtless and criminal prayer that five USSC Justices would have the courage to right a historic wrong, which you mean *Roe v Wade.*

That comment is thoughtless and criminal because you only think of the issue from the unique simplistic point of view of a minority of people, who naively believe that the tiny blood clot that starts to have an electric rhythmic impulse in the uterus of a woman who had unprotected sex about 6 past weeks is a wonderful viable human LIFE, and any decision to remove it from the new location that it has chosen to move in and settle itself comfortably to grow into an independent human being within about eight months, would be more than just an illegal eviction but a knowing homicide or murder.

Even though you don't condemn the owner of that little cozy piece of real estate, a/k/a the woman's uterus, in the event she may wish to remove that blood clot, because in her view and judgment, which of course is not yours, it would create tremendous drastic negative life-changing events and circumstances well beyond her and even her loved ones' capacity to manage and control, you support the idea that private-citizen strangers may be lawfully rewarded by a court of law up to $10,000.00, if any of them, being by chance, for instance, a cleaning maid of her gynecologist, could gather enough admissible evidence to convict for voluntary homicide or murder and throw in jail the latter, who had assisted her to safely remove such unwelcome blood clot that some scientifically-uneducated cleaning maid calls LIFE and quickly, without more, declares the greatest gift of God, without even really knowing who God is or that the best and latest version of whom is talking to all of us right now to resolve this messy issue of sex and abortion. [Hahaha.]

**Note: Abortion** is the termination of a pregnancy by removal or expulsion of an embryo or fetus. An abortion that occurs without intervention is known as a miscarriage or "spontaneous abortion" and occurs in approximately 30% to 40% of pregnancies. When deliberate steps are taken to end a pregnancy, it is called an induced abortion, or less frequently "induced miscarriage". The unmodified word *abortion* generally refers to an induced abortion.

1

When properly done, abortion is one of the safest procedures in medicine, but unsafe abortion is a major cause of maternal death, especially in the developing world, while making safe abortion legal and accessible reduces maternal deaths. It is safer than childbirth, which has a 14 times higher risk of death in the United States. [See, Wikipedia.]

The true legal issue in this matter of abortion is who is the owner of the uterus, the woman or the U.S. State she lives in? I and certainly all the fathers of the U.S. Constitution have never heard of a State having uteruses to produce babies before, unless Texas may claim that like prior to the Civil War it still secretly owns a lot of female slaves, whose uteruses belong to the State, and as such Texas may continue to be a place where a law banning abortion to have more slaves for the State would be appropriate. But then, again as a matter of law and simple logic, Texas may ban its female slaves from aborting, it may not by law ban free women from having abortion if the latter so decide. As such, to ban abortion by law, Texas would have to vote first for a law declaring all Texan women slaves. [Hahaha]

Dear Mike, I am sure you have not heard about the stories of Ani Jednejwiedcej, a beautiful woman whose most tortuous and atrocious death due to the ban of abortion in her country Poland has provoked wide national protestations against the law.



She has tragically and painfully died because her doctor had been prohibited by law to timely and safely remove her blood clot you call LIFE out of her womb. Can you, Mike, think of the many nights she could not sleep but just wait in bed for the little unborn incurably sick alien's life to completely expire in her womb before she could call her doctor to take it out to save her life?  When she could make the call, it was tragically well too late!

So, dare you look at me in the eyes, Mike Pence and Greg Abbott, two bright and intelligent political leaders of America, with a bright national future, I would hope for both of you, and answer my this straightforward question: "Do you want to see your wife or daughter, or actually anybody else's wife or daughters, die that way?"

2

So, who are you, former Vice-President Mike Pence, to look into the eyes of an innocent healthy vibrant all-American 16-year-old Platinum-American-Idol girl with a bright future, who just learns that she is pregnant after having drunk a few beers and had  unprotected sex with an almost unknown boy about  seven weeks ago: "Tough luck, girl, you can't get an abortion! I don't care how your life and future will completely be ruined by your unwanted pregnancy due to your own most idiotic sinful behavior. This type of error is no error. It cannot be safely or discreetly undone, neither physically, nor morally nor legally. You must live with its evil consequences forever. I don't even care if that baby will kill you or become a monster or a serial killer or a future Mike Pence or Greg Abbott or Donald J. Trump, when he grows up. You can never get rid of it. It's all your fault being so stupidly interested in sex so early in life and so irresponsible. As such, silly sinful dirty slut, you have no sympathy or forgiveness from me, whether you are my own flesh and blood or somebody else's daughter, just go straight to hell, you have only yourself to blame. (Hahaha!)

Dear Mike, the point is you may have your own private moralistic point of view of less than one-third of America that differs from its two-thirds regarding this same issue on sex and abortion. You have all the right to profess such a view by day-and-night education to your kids, and those who want to listen to you, but no right to act in concert with a few smart but crooked lawyers and hypocritical political leaders to cheat on the majority of the legally-illiterate American people by some legal technicalities and impose your devious point of view to ruin the lives and happiness or at least seriously disturb the peace of mind of millions of innocent U.S. citizens.

Bottom line: Kindly educate people to follow your point of view, but do not cheat by making nonsensical absurd laws to seriously harm and even atrociously kill others who don't share it. It's their business and kindly let them make their own free decision concerning their own free and dignified lives. I am sure you don't like strangers to form a majority in your area then tell your wife to terminate her latest pregnancy because she just got raped or that you two already have one child, and that THE LAW, not you, has determined that would be enough to avoid overpopulation. So, dear Mike, kindly think wisely, acquire common sense, and participate in a good legislative process that serves a major part of the people instead of only a few zealous and fanatic religious leaders. That's what true democracy is about. I have never heard that American women are like chicken, the more they have sex and give birth to cute or even not-so-cute babies, the better and happier they are. [Hahaha]

So, dear Mike and all other U.S. citizens with common sense, kindly join many plaintiffs, including President Joe Biden, Governor Gavin Newsom of California, Senator Elizabeth Warren, Actor George Clooney, Elon Musk, Britney Spears... in *MacTruong et al. v. Abbott et al,* and urge the USDC for the Western District of Texas, Austin, Texas, to preserve the wisdom of *Roe v. Wade* Decision, then not only will you be a decent kind gentle family man, but also get elected President in 2024 by both Republicans and Democrats for your wisdom and farsightedness.

3

You should, Dear Mike, open much larger your vision and become a great leader of America, the land of the free and the brave, but certainly not Texas, the land willing to return to slavery, cowardice, cheating and treason as now fully exposed in the complaint of *MacTruong et al. v. Abbott et al.*, in which civil action you are strongly invited to actively participate to make sure that equality, justice, safety, freedom and the pursuit of happiness will be guaranteed and available to all.

Thank you for your attention and have a great day.

Dmt

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Watch FREE right at home the most amazing greatest
full-featured 4-hour LOVE-STORY MOVIE in world history entitled:**

# SUPERHUMANKIND IN ACTION!



<u>**https://dmtmovies.com/movie/jesus-a-metoo-bo...wonderful-hahaha/**</u>

4

Oscarize OVERNIGHT-SINGER-TURNED-ACTOR-BY-MOVIE-PRODUCER-DMTGOD-3.0 SUPERSTAR POP-GODDESS BRITNEY SPEARS miraculously **upgrading digitally within only 4 hours JESUS GOD 2.0 to DMT GOD 3.0** to save planet Earth and introducing THE NEW INTERPLANETARY CIVILIZATION IN THE **ABSOLUTE RELATIVITY ERA** FOR OUR FUTURE SUPERHUMANKIND, WHILE JOHN LENNON IS PERFORMING HIS GREATEST HIT "IMAGINE," FOR THE WHOLE WORLD TO HEAR, AND PRESIDENT RONALD REAGAN LAUGHING HANDSOMELY AND HEARTILY IN THE BACKGROUND!

Just click on **DMTMOVIES.COM** or this link:

**https://dmtmovies.com/movie/jesus-a-metoo-bo...wonderful-hahaha/**

OR

# **DMTMOVIES.COM**

and discover from sweet Britney's irresistible recently emancipated sexiest lips a brand new way to think speak and act correctly and positively with both heartfelt deep love for all humanity and genuine wisdom to URGENTLY save Earth from climastrophe, crime, war, racism, sexism, bullying, unfair discrimination or hypocrisy.

**Live free and happy. Be productive original and creative.** Observe **RPR in AR,** i.e., be **R**eliable, **P**roductive, **R**espect Life, Property and Freedom **in A**bsolute **R**elativity, meaning, be smart reasonable fair just and balanced. **That's it! Be smiling happy and loving to all! Enjoy your next great meal being cooked by yourself not by anyone else even your own spouse or daughter, since you can't trust anyone absolutely in this life, not Kim Jong Un, Xi Jinping, Putin and certainly not Trump or Pope Francis, Isis, Israel or Iran,** but God 3.0 himself in person or God 3.0 Partners only. **Hahaha.**

5

[NOTE: God 3.0 Partners are those of us who understand and practice UNIVERSAL PARTNERSHIP by following RPR in AR, as herein-above defined, the best we can.]



Click on now and watch the world sexiest BRITNEY SPEARS in person:

**https://dmtmovies.com/movie/jesus-a-metoo-bo...wonderful-hahaha/**

KINDLY DUPLICATE
AND
FORWARD TO All !!

6



**UNITED STATES POSTAL SERVICE**

**P**  *Retail*

**PRIORITY MAIL 3-DAY®**

US POSTAGE PAID
**$8.95**

Origin: 07306
05/31/22
3338730403-07

**C001**

0 Lb 11.80 Oz

1004

SHIP
TO:
111 N ADAMS ST
STE 322
TALLAHASSEE FL 32301-7730

EXPECTED DELIVERY DAY: 08/04/22

USPS TRACKING® #

9505 5160 2832 2151 5588 04

PS00001000014
US POSTAGE PAID
Origin: 07306
Err14743182

OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

e.
surance (restrictions apply).*
international destinations.

form is required.

aims exclusions see the

bility and limitations of coverage.

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

*PRESS FIRMLY TO SEAL*

Dmt MACTRUONG
875 Bergen Avenue
Jersey City, NJ 07306

TO:

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF FLO**
**111 N Adams Street, Suite 322**
**Tallahassee, FL 32301-7730**